UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | |
| RICHARD M. ROBERTS | : | Misc. 8:18-cv-02355-JLL |
| An Attorney-at-Law | : | ORDER OF DISBARMENT |

It appearing that by Order to Show Cause the respondent, RICHARD M. ROBERTS, was ordered to show cause before this Court on Tuesday, March 06, 2018, why the temporary suspension from the practice of law before this Court shall not be made permanent and that he be stricken from the roll of attorneys admitted to practice before this Court, and why he should not be disbarred and permanently restrained and enjoined from the practice of law before this Court until further order of this Court; and

It further appearing that, as of the return date, there was neither a personal appearance nor a written response filed by or on behalf of the respondent;

And good cause appearing,

It is on this _8th_ day of _March_, 2018,

ORDERED that RICHARD M. ROBERTS, be and he hereby is disbarred and permanently restrained and enjoined from the practice of law before this Court pursuant to L. Civ. R. 104.1(a)(4), effective immediately.

JOSE L. LINARES
Chief Judge